CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 1 9 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEVIN JEROME HARRISON,<br>Plaintiff, | Civil Action No. 7:08cv00062 |
| v. | O R D E R |
| JACK LEE, et al.,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that plaintiff's claims regarding administrative segregation, "out of cell time," commissary privileges, lost property, and food tampering shall be and hereby are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). In due course, the magistrate judge will issue an appropriate order regarding plaintiff's remaining claims, alleging excessive force, threats of physical abuse, and denial of medical treatment.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to plaintiff.

ENTER: This 19th day of February, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge